## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEBRA D. GONZALES**                                                        **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:14CV317-LG-RHW**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF**
**SOCIAL SECURITY**                                                        **DEFENDANT**

### ORDER ADOPTING PROPOSED FINDINGS OF
### FACT AND RECOMMENDATION
### <u>AND GRANTING MOTION FOR SUMMARY JUDGMENT</u>

This cause comes before the Court on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on February 17, 2016. Magistrate Judge Walker reviewed the Plaintiff's Motion [13] for Summary Judgment, in which she requested that the Court reverse and remand the decision of the Commissioner of Social Security denying her benefits. After analyzing the full record and briefing by the parties, Magistrate Judge Walker determined that it was necessary to remand the case to the Commissioner for further consideration of the medical record.

Neither party filed an objection to the Magistrate Judge's conclusions or recommendation. In these circumstances, the Court must review the findings and recommendation to make certain they are neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful review of the findings and recommendation, Court finds nothing that is clearly erroneous or contrary to law. Therefore, the Magistrate Judge's Proposed Findings

of Fact and Recommendation will be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on February 17, 2016, should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion [13] for Summary Judgment is **GRANTED**.  This case is hereby **REMANDED** for further administrative action consistent with this Court's findings.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE